UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 19-8439 (LDW) |
| v. | : | Hon. Leda Dunn Wettre |
| DANIEL MURPHY | : | **CRIMINAL COMPLAINT** |

I, Kevin Matthews, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part hereof.

Kevin Matthews, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

November 21, 2019     at          Newark, New Jersey
Date                             City and State

Honorable Leda Dunn Wettre
United States Magistrate Judge
Name and Title of Judicial Officer      Signature of Judicial Officer

## ATTACHMENT A

### Count 1
### (Possession of Child Pornography)

On or about November 20, 2019, in Hunterdon County, in the District of New Jersey, and elsewhere, defendant

## DANIEL MURPHY

did knowingly possess material that contained at least four images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which images had been mailed, shipped, and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer and that were produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

**ATTACHMENT B**

       I, Kevin Matthews, a Special Agent with the Federal Bureau of Investigation ("FBI"), have knowledge of the following facts based upon both my investigation and discussions with other law enforcement personnel and others. Because this affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not included each and every fact known to the government concerning this matter. Where statements of others are set forth herein, these statements are related in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

       1.    In or around November 13, 2018 through in or around April 2019 (the "Request Period"), a computer from a certain internet protocol ("IP") address connected to an Internet based peer-to-peer (P2P) network to request files that law enforcement determined were child pornography files. Law enforcement's investigation further revealed that the certain IP address corresponded to the residence of an individual later identified as the defendant DANIEL MURPHY ("MURPHY").

       2.    On or about November 20, 2019, law enforcement executed a lawfully obtained search warrant at defendant MURPHY's residence and seized multiple computers and electronic storage media belonging to MURPHY, including a custom-built desktop computer. The custom-built desktop computer contained images and videos of minors being sexually abused.

       3.    Four of the images located on the custom-built desktop computer belonging to MURPHY are described in detail below:

| File Name: "A51A1002.jpg" | This image appears to depict a naked Caucasian adult male and a naked Caucasian prepubescent female. She is wearing a leopard print "cat-ears" style headband. The adult male is reclining on a brown couch with his legs spread apart. The prepubescent female is kneeling on a red Oriental style rug between the adult male's legs with her right arm resting on his left thigh, and her left hand on the male's erect penis. The prepubescent female's mouth is on the adult male's penis. |
|---|---|
| File Name: "DSC01586.jpg" | This image appears to depict a naked Caucasian female between the ages of 12 and 14 years old. She is lying on her back on a red and yellow sofa with her legs spread apart, exposing her vagina. |

| File Name: "0550044111.jpg" | This image appears to depict a naked Caucasian female between the ages of 12 and 15 years old. She is reclining on a couch with a tan blanket covering it. Her arms are crossed, covering her chest. Her legs are spread apart, exposing her vagina. She is wearing white ankle socks with bluish trim. |
|---|---|
| File Name: "A51A1031.jpg" | This image appears to depict a naked Caucasian adult male and a naked Caucasian prepubescent female. She is wearing a leopard print "cat-ears" style headband. The adult male is reclining on a brown couch. The prepubescent female is sitting on the adult male's lap facing the camera with her legs spread apart and the adult male's penis against or penetrating her vagina. |

4.  During the search of his residence, defendant MURPHY admitted to law enforcement officers, among other things, in substance and in part, that: (1) defendant MURPHY was the only individual who used the computers and electronic storage media devices seized at his residence; (2) defendant MURPHY used an Internet based peer-to-peer (P2P) network for the purpose of receiving child pornography; and (3) defendant MURPHY has viewed and masturbated to child pornography files.

5.  Based upon my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge, the images described in paragraph 3 above traveled in interstate commerce and were produced using materials that were mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the images were downloaded from and transmitted via the Internet.